UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher Michael STANTON,
a.k.a. Christopher Stanton,
Defendant–Appellant.

No. 10–15637
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 30, 2012.

Robert G. Davies, Nancy J. Hess, Thomas F. Kirwin, Edwin F. Knight, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, Christopher Michael Stanton, USP Atlanta, Atlanta, GA, for Defendant–Appellant.

Before WILSON, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Christopher Stanton in this direct criminal appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Stanton's convictions and sentences are **AFFIRMED.**